UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re DONALD R. ALLEN,

        Plaintiff                 No. C 13-3657 PJH (PR)

**ORDER OF DISMISSAL**

_____/

This case was opened when plaintiff wrote a letter to the court regarding medical care. In an effort to protect his rights, it was filed as a new case. However, a further review of this case indicates that plaintiff was filing an additional letter to a previously opened case, *In re Donald Allen*, No. C 13-3462 PJH (PR). Therefore this case will be closed and the letter will be filed in the earlier case. Plaintiff is reminded that he still must file a complaint and in forma pauperis action in the earlier case.

**CONCLUSION**

1. This case (No. C 13-3657) is **DISMISSED** and the Clerk shall close the file.

2. The Clerk shall file the letter (Docket No. 1 in No. C 13-3657) in the earlier case, No. C 13-3462.

**IT IS SO ORDERED.**

Dated: August 15, 2013.

                                          PHYLLIS J. HAMILTON
                                          United States District Judge

G:\PRO-SE\PJH\CR.13\Allen3657.dsm.wpd